Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

2010 MAY 17 PM 4: 19
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-31317 RKM |
| | | Chapter 7 |
| JMB MECHANICAL, LLC, | : | |
| Debtor. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of JMB Mechanical, LLC, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On May 17, 2010, the following check was issued in the amount set forth below:

| Check # | Creditor and Address | Check Amount |
|---|---|---|
| 117 | Trade Service<br>15092 AVENUE OF SCIENCE<br>San Diego, CA 92128 | $3.35 |
| | Rocky Mountain Power<br>P.O. Box 25308<br>Salt Lake City, UT 84125 | 4.70 |

2. A distribution was made of $3.35 to Trade Service and $4.70 to Rocky Mountain Power. Checks less than $5.00 are required to be paid to the U.S. Bankruptcy Court.



3. The unclaimed funds are on deposit at The Bank of New York Mellon, Account No. 9200-02614705-66.

4. A check in the amount of $8.05 representing said unclaimed funds, made payable to the U.S. Bankruptcy Court, is attached hereto.

DATED this 17th day of May, 2010.

                                      **McKAY, BURTON &THURMAN**

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Perry Alan Bsharah
Bsharah Law Group
231 East 400 South, Ste. 350
Salt Lake City, UT 84111-2831

Trade Service
15092 Avenue of Science
San Diego, CA 92128

Rocky Mountain Power
P.O. Box 25308
Salt Lake City, UT 84125

/S/
Leanne Ruesch

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

117
60-249 / 433
34
8984

| Case | Debtor |
|---|---|
| 09-31317 RKM<br>92000261470566 | JMB MECHANICAL, LLC |
| COMBINED SMALL CHECK | |

TID #640080
JOEL T. MARKER
170 S. Main Street, Suite 800
Salt Lake City UT 84101

Date    05/17/2010         $ ***********8.05

~~~Eight Dollars and 05/100

Pay to the Order of   U.S. Bankruptcy Court
350 South Main St.
Salt Lake City UT 84101

                                            JOEL T. MARKER

263881

⑈000000117⑈ ⑆043302493⑆ 92000261470566⑈

UNITED STATES
U.S. Bankruptcy Cour
District of Utah

# 00263881 - BH

May 19, 2010

Code    Case #      Qty        Amoun
1
(OR=$25  09-31317                  8
05 OK
   Debtor - JMB MECHANICAL

TOTAL→                     8.05

FROM: JOEL T. MARKER
CK 117